# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTERN PROGRESSIVE LLC, | Case No. 8:23-cv-01146-FWS-DFM |
| Petitioner, | **JUDGMENT AND ORDER OF DISTRIBUTION [28]** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

///
///
///

After full consideration of the Stipulation of the California Franchise Tax Board, Respondent/Claimant; Ladera Ranch Maintenance Corporation, Respondent/Claimant; Positive Investments, Inc., Respondent/Claimant; and the United States of America, Respondent/Claimant (Dkt. 28), as well as the applicable record in this matter, and for good cause shown, **IT IS ORDERED**:

1. The Clerk of Court is directed to distribute the $210,522.07 that Western Progressive LLC has been ordered to deposit as follows:

    a. First, to Positive Investments, Inc., in the amount of $126,124.16. The check shall be made payable to: "Positive Investments, Inc." and mailed to:

        Vipula Yalamanchili
        Positive Investments, Inc.
        610 N. Santa Anita Ave.
        Arcadia, California 91006

    b. Second, to the United States of America for tax year 2012, in the amount of $21,838.64. The check shall be made payable to: "The United States Treasury" and mailed to:

        Andrew T. Pribe
        Assistant United States Attorney
        United States Attorney's Office
        300 N. Los Angeles Street, Suite 7211
        Los Angeles, California 90012

    c. Third, to the California Franchise Tax Board for tax years 2013, 2014, and 2015, in the amount of $58,470.74. The check shall be made payable to: "California Franchise Tax Board" and mailed to:

Angela Zugman, Deputy Attorney General
Attorney General's Office
600 West Broadway, Suite 1800
San Diego, California 92101

    d.    Fourth, to Ladera Ranch Maintenance Corporation in the amount of $4,088.53. The check shall be made payable to "Ladera Ranch Maintenance Corporation" and mailed to:

Jeffrey W. Speights, Esq.
Community Legal Advisors Inc.
509 N. Coast Highway
Oceanside, California 92054

2.    This Order constitutes the final judgment of the Court.

**IT IS SO ORDERED**.

Dated: January 10, 2024

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**