# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTERN PROGRESSIVE LLC,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | Case No.: 8:23-cv-1146-FWS-DFM<br><br>**AMENDED JUDGMENT AND ORDER OF DISTRIBUTION [29]** |

///

///

///

After full consideration of the stipulation of the California Franchise Tax Board, Respondent/Claimant; Ladera Ranch Maintenance Corporation, Respondent/Claimant; Positive Investments, Inc., Respondent/Claimant; and the United States of America, Respondent/Claimant (Dkt. 28), as well as the applicable record in this matter, and for good cause shown, **IT IS ORDERED**:

1. The Clerk of Court is directed to distribute the $210,522.07 from the Registry of the Court that Western Progressive LLC has been ordered to deposit as follows:

   a. First, to Positive Investments, Inc., in the amount of $126,124.16. The check shall be made payable to: "Positive Investments, Inc." and mailed to:

   > Vipula Yalamanchili
   > Positive Investments, Inc.
   > 610 N. Santa Anita Ave.
   > Arcadia, California 91006

   b. Second, to the United States of America for tax year 2012, in the amount of $21,838.64. The check shall be made payable to: "The United States Treasury" and mailed to:

   > Andrew T. Pribe
   > Assistant United States Attorney
   > United States Attorney's Office
   > 300 N. Los Angeles Street, Suite 7211
   > Los Angeles, California 90012

   c. Third, to the California Franchise Tax Board for tax years 2013, 2014, and 2015, in the amount of $58,470.74. The check shall be made payable to: "California Franchise Tax Board" and mailed to:

```
          Angela Zugman, Deputy Attorney General
          Attorney General's Office
          600 West Broadway, Suite 1800
          San Diego, California 92101
```

    d.    Fourth, to Ladera Ranch Maintenance Corporation in the amount of $4,088.53.  The check shall be made payable to "Ladera Ranch Maintenance Corporation" and mailed to:

```
          Jeffrey W. Speights, Esq.
          Community Legal Advisors Inc.
          509 N. Coast Highway
          Oceanside, California 92054
```

2.    Any interest on the principal amount of $210,522.07 deposited with the court shall be distributed among claimants Positive Investments, Inc., United States of America, California Franchise Tax Board, and Ladera Ranch Maintenance Corporation on a percentage basis relative to the principal amounts distributed to each claimant as ordered above.  The checks shall be made payable and mailed to the same individual or entity, as applicable, in the same manner as described above.

3.    This Order constitutes the final judgment of the Court.

    **IT IS SO ORDERED**.

Dated:  March 8, 2024

    _____
    Hon. Fred W. Slaughter
    UNITED STATES DISTRICT JUDGE